# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
10:51 A.M
November 6 2007
Deputy Clerk

|  |  |  |
|---|---|---|
| GREGORY GILLILAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV407-132 |
| GAIL POWELL, | ) | |
| Defendant. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 6th day of NOVEMBER, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA